UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                                          Case No. 05-cr-170-01-PB

<u>Linda Tremblay</u>

O R D E R

I hereby recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.

December 20, 2005                           /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

cc:     Helen Fitzgibbon, Esq.
        Paul Maggiotto, Esq.
        Jorel Booker, Esq.
        U. S. Marshal
        U.S. Probation