UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                          Case No. 05-cr-170-01-SM

Linda Tremblay


O R D E R


Defendant's assented-to motion to continue the trial (document no. 23) is granted. Trial has been rescheduled for the June 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 3, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  June 13, 2006 at 11:30 AM

    Jury Selection:  June 20, 2006 at 9:30 AM

    SO ORDERED.

March 29, 2006

                                Steven J. McAuliffe
                                Chief Judge

cc:  Helen Fitzgibbon, Esq.
     Paul Maggiotto, Esq.
     U. S. Probation
     U. S. Marshal