UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                              Case No. 05-cr-170-01-SM

Linda Tremblay


O R D E R


      Defendant's assented-to motion to continue the trial (document no. 28) is granted. Trial has been rescheduled for the January 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 3, 2006. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

   NO FURTHER CONTINUANCES ABSENT EXTRAORDINARY CIRCUMSTANCES.

   Final Pretrial Conference: December 19, 2006 at 4:00 PM

   Jury Selection:    January 9, 2007 at 9:30 AM

   SO ORDERED.

September 26, 2006

              Steven J. McAuliffe
              Chief Judge

cc: Helen Fitzgibbon, Esq.
   Paul Maggiotto, Esq.
   U. S. Probation
   U. S. Marshal